IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, CHARLESTON, SC

2007 APR 26  A 11: 38

Marion E. Singleton, III,

   Plaintiff,

v.

Charleston County Sheriff's
Department; and Department
of Parole, Probation & Pardon,

   Defendants.

Civil Action No. 9:07-246

**ORDER**



This matter is before the Court upon the Plaintiff's pro se Complaint against Defendants Charleston County Sheriff's Department and Department of Parole, Probation and Pardon, alleging false imprisonment, slander, and double jeopardy based on his imprisonment for a probation violation. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On March 12, 2007, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint without prejudice and without issuance and service of process for failure to state a claim upon which relief can be granted. Attached to the R&R was a notice advising the parties that they may file specific, written objections to the R&R within 10 days of the date of service of the R&R. On March 30, 2007, the Court re-mailed a copy of the R&R, with the attached notice, to the Plaintiff's new address, thereby extending the Plaintiff's deadline to file objections to the R&R until April 18, 2007. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to

review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

ORDERED that the Plaintiff's complaint is dismissed without prejudice and without issuance of service of process pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

April 25, 2007
Charleston, South Carolina



2